IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| ALYSSA MARIE VULAKH | : | |
| *Plaintiff,* | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 24-1773** |
| | : | |
| HIGHLINE AUTOMOTIVE INC., et al. | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **28th** day of **May** 2025, upon consideration of Defendants' counsel's May 28, 2025 email request, which the Court treats as a motion to withdraw a previously filed motion, it is **ORDERED** that the motion is **GRANTED** and Defendants' Motion to Disqualify (ECF 50) is **WITHDRAWN**.

BY THE COURT:

---

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*